Kowalchack, Appellant, *v.* Pennsylvania Power and Light Company.

Argued November 17, 1966. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

reargument refused April 15, 1967.

*Daniel H. Shertzer,* with him *Shertzer & Danforth,* for appellant.

*Ralph M. Barley,* with him *John Paul Kershner,* and *Barley, Snyder, Cooper & Mueller,* for appellee.

OPINION PER CURIAM, March 14, 1967:
Judgment affirmed.
Mr. Justice MUSMANNO dissents.